IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

UNITED STATES OF AMERICA )
vs. )
**RODERICK JACKSON** )

CR NO. 8:18-572
18 USC § 922(g)(1)
18 USC § 924(a)(2)
18 USC § 924(e)
18 USC § 924(d)(1)
28 USC § 2461(c)

**SEALED INDICTMENT**

2018 JUN 12 PM 1:28
RECEIVED
USDC, CLERK GREENVILLE, SC

THE GRAND JURY CHARGES:

That on or about July 8, 2017, in the District of South Carolina, the Defendant, **RODERICK JACKSON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is, an SCCY 9mm pistol; 9mm ammunition; 7.62 caliber ammunition; .45 caliber ammunition; and .38 special caliber ammunition, all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **RODERICK JACKSON**, shall forfeit to the United States all of the Defendant's rights, titles, and interest in:

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the defendant for the offense charged in this Indictment includes, but is not limited to, the following:

A. Firearm:

SCCY Industries, model CPX-1, 9mm pistol
Serial Number: 041389

B. Ammunition:

Miscellaneous rounds of 9mm ammunition; 7.62 caliber ammunition; .45 caliber ammunition; and .38 special caliber ammunition.

Pursuant to Title 18, United States Code, 924(d)(1), and Title 28, United States Code, Section 2461(c).

A true Bill

REDACTED
FOREPERSON

SHERRI A. LYDON (MBC/jw)
UNITED STATES ATTORNEY